Feagan *vs.* Aven.

---

H. G. FEAGAN, plaintiff in error, *vs.* J. W. AVEN, defendant in error.

(BY TWO JUDGES.) There was no appearance for plaintiff in error. Aven's Counsel moved to dismiss the writ of error because it was filed in the Clerk's office one day too late, and the motion was granted. Before the order was made, it was suggested that the last day was a day of thanksgiving proclaimed by the President of the United States. The Court said then it was safer to have the cause dismissed for want of prosecution. 24th February, 1872.

No appearance for plaintiff in error.

M. J. CRAWFORD; J. L. WIMBERLY, for defendant.